1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
2   THOMAS MOORE (ASBN 305-O78T)
    Assistant United States Attorney
3     9th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
4     San Francisco, CA 94102
      Telephone:   (415) 436-6935
5     Fax:         (415) 436-6748

6   Attorneys for the United States of America

E-filing

FILED

AUG 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

HRL

10  UNITED STATES OF AMERICA and          )   C 07 4234
    CRAIG HARBIDGE, Revenue Officer,      )   NO.
11                                        )
            Petitioners,                  )   **VERIFIED PETITION TO
12                                        )   ENFORCE INTERNAL
        v.                                )   REVENUE SERVICE SUMMONSES**
13                                        )
    PAUL J. SHOLTZ,                       )
14                                        )
            Respondent.                   )
15  _____)

16          Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer **CRAIG**

17  **HARBIDGE**, allege and petition as follows:

18          1.     This proceeding is brought and this Court has jurisdiction hereof under Sections

19  7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

20          2.     Petitioner **CRAIG HARBIDGE** is and at all times mentioned herein was an

21  employee and officer of the Internal Revenue Service of the United States Department of the

22  Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions

23  described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and

24  7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and

25  301.7603-1).

26          3.     Petitioner **CRAIG HARBIDGE** is and at all times mentioned herein was

27  attempting in the course of authorized duties to determine and collect certain federal tax

28  liabilities of **Paul J. Sholtz** for the tax periods ending December 31, 2004, December 31, 2005,

Verified Petition To Enforce
IRS Summons                              1

1    and December 31, 2006 and for other federal tax liabilities of **Paul J. Sholtz** for the periods

2    ending March 31, 2001, June 30, 2001, and September 30, 2001.

3        4.       Petitioner **CRAIG HARBIDGE** is and at all times herein was attempting in the

4    course of authorized duties to have respondent produce for inspection, examination and copying

5    by petitioner certain records possessed by respondent which are relevant and material to attempt

6    to determine and collect the aforementioned federal tax liabilities of **Paul J. Sholtz**, for the

7    periods stated in paragraph 3 above.

8        5.       Respondent **Paul J. Sholtz**' last known address is 500 West Middlefield Road,

9    Unit Number 99, Mountain View, California, which is within the venue of this Court.

10        6.       Petitioner **CRAIG HARBIDGE** is informed and believes that said respondent is

11    in possession and control of records, paper and other data regarding income and other matters

12    covered by said petitioner's inquiry and to which petitioners do not otherwise have access,

13    possession, or control.

14        7.       On April 18, 2007, in accordance with law, petitioner **CRAIG HARBIDGE**

15    served a summons on respondent **Paul J. Sholtz** in respect to the subject matter described in

16    paragraphs 3, 4, and 6 above, by handing an attested copy of the summons to the respondent

17    **Paul J. Sholtz** . The requirements of said summons is self-explanatory, and a true copy thereof

18    is attached hereto as <u>Exhibit</u> A and is hereby incorporated by reference as a part of this petition.

19        8.       On June 4, 2007, in accordance with law, petitioner **CRAIG HARBIDGE** served

20    a summons on respondent **Paul J. Sholtz** in respect to the subject matter described in paragraphs

21    3, 4, and 6 above, by leaving a copy of the summons at the last ans usual place of abode of

22    respondent **Paul J. Sholtz.** The requirements of said summons is self-explanatory, and a true

23    copy thereof is attached hereto as <u>Exhibit</u> B and is hereby incorporated by reference as a part of

24    this petition.

25        9.       The items sought by the summonses described in paragraphs 7 and 8 above are

26    relevant to and can reasonably be expected to assist in the determination and collection of the

27    above-mentioned federal tax liabilities of **Paul J. Sholtz** for the periods stated in paragraph 3

28    above.  It was and now is essential to completion of petitioner's inquiry regarding the

Verified Petition To Enforce
IRS Summons          2

determination and collection of the above-mentioned federal tax liabilities of **Paul J. Sholtz** for the periods stated in paragraph 3 above that respondent produce the items demanded by said summonses.

10.    The respondent did not appear on May 18, 2007 or June 28, 2007, as requested by the summonses.

11.    As of the date of this petition, the respondent has failed to comply with the summonses.

12.    All administrative steps required by the Internal Revenue Code for issuance of the summonses have been taken.

13.    There has been no referral to the Department of Justice  for criminal prosecution of the matters described in the summonses.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summonses as alleged and set forth above, as follows:

A.    That the named respondent herein be ordered to appear and show cause before this Court, if any, why he should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summonses;

B.    That respondent be ordered by the Court to appear before the petitioner **CRAIG HARBIDGE** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as are required by the summonses; and

C.    That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

SCOTT N. SCHOOLS
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Tax Division

Verified Petition To Enforce
IRS Summons                    3

| | |
|---|---|
| 1 | <u>V E R I F I C A T I O N</u> |
| 2 | I, **CRAIG HARBIDGE**, pursuant to 28 U.S.C. § 1746, declare and state as follows: |
| 3 | I am a duly employed Revenue Officer in the San Jose, California office of the Internal |
| 4 | Revenue Service of the United States Treasury Department. I am one of the petitioners making |
| 5 | the foregoing petition. I have read and know the entire contents of the foregoing petition, and all |
| 6 | statements of fact contained in said petition are true to the best of my own personal knowledge |
| 7 | and recollection, and as to those facts stated upon information and belief, I believe them to be |
| 8 | true. |
| 9 | I declare under penalty of perjury that the foregoing is true and correct. |
| 10 | Executed on _August 17, 2007_ at San Jose, California. |
| 11 | |
| 12 | |
| 13 | |
| 14 | **CRAIG HARBIDGE** |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |



# Summons

## Income Tax Return

In the matter of  Paul J Sholtz, 500 West Middlefield Road #99, Mountain View, California 94043
Internal Revenue Service *(Identify Division)*  Small Business/Self Employed
Industry/Area *(Identify by number or name)*  Small Business/Self Employed - California Area
Periods:  periods ending December 31, 2004: December 31, 2005, December 31, 2006

### The Commissioner of Internal Revenue

To:  Paul J Sholtz
At:  500 West Middlefield Road #99, Mountain View, California 94943

You are hereby summoned and required to appear before  Craig E. Harbidge, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years:  periods ending December 31, 2004: December 31, 2005, December 31, 2006

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return:  2004, 2005, 2006

We have attached a blank return to guide you in producing the necessary documents and records.

### Do not write in this space

EXHIBIT  A-1

Business address and telephone number of IRS officer before whom you are to appear:

55 S Market Street, Suite 610, San Jose, CA 95113  408 817-6432

Place and time for appearance: At  55 S Market Street, Suite 610, San Jose, CA 95113



on the  18th  day of  May , 2007  at  2:00  o'clock  P  m.

Issued under authority of the Internal Revenue Code this  16th day of  April 2007

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6638 (Rev.10-2006)
Catalog Number 61828W

_Craig E Harbidge_
~Signature of issuing officer

Revenue Officer
Title

Signature of approving officer *(if applicable)*

Title

**Original -- to be kept by IRS**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 04/18/2007 | 3:30 pm |

**How**  ☒  I handed an attested copy of the summons to the person to whom it was directed.

Paul J Sholtz

**Summons**  500 West Middlefield Road #99, Mountain View Ca 94043

**Was**  ☐  I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

**Served**

| Signature | Title |
|---|---|
| Craig E Harbridge | Revenue Officer |

**EXHIBIT** A-2

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Craig E Harbridge | Revenue Officer |

Catalog No. 61828W                                    Form **6638** (Rev. 10-2006)

# Summons

## Collection Information Statement

In the matter of  Paul J Sholtz
**Internal Revenue Service** *(Identify Division)*  Small Business/Self Employed
**Industry/Area** *(Identify by number or name)*  Small Business/Self Employed - California Area
**Periods:**  ending March 31, 2001; June 30, 2001; September 30, 2001

**The Commissioner of Internal Revenue**

**To:**  Paul J Sholtz
**At:**  500 West Middlefield Road, #99, Mountain View, California 94043

You are hereby summoned and required to appear before Craig E. Harbidge, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From  January 1, 2007  To  May 31, 2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

### Do not write in this space

**EXHIBIT  B-1**

**Business address and telephone number of IRS officer before whom you are to appear:**

  55 S Market Street, Suite 610, San Jose, CA 95113  408 817-6432

**Place and time for appearance: At**  55 S Market Street, Suite 610, San Jose, CA 95113

## IRS

on the  28th  day of  June , 2007  at  2:00  o'clock  P  .m.

Issued under authority of the Internal Revenue Code this  4th  day of  June      2007

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 6637 (Rev.10-2006)
Catalog Number 25000Q

*Signature of issuing officer*          Revenue Officer
                                        Title

*Signature of approving officer (if applicable)*          Title

**Original – to be kept by IRS**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 06/04/07 | 3:30 pm |

**How** ☐ I handed an attested copy of the summons to the person to whom it was directed.

**Summons**

**Was** ☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

**Served**

Paul J Sholtz

500 W Middlefield Rd #99
MounTain View CA 95043

| Signature | Title |
|---|---|
| *Craig E Herberge* | 06/04/07 |

EXHIBIT B-2

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| *Craig E Herberge* | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)