RECEIVED
AUG 1 7 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HRL

| | |
|---|---|
| UNITED STATES OF AMERICA and CRAIG HARBIDGE, Revenue Officer, | ) NO. C 07 4234 ) |
| Petitioners, | ) ORDER TO SHOW CAUSE RE ) ENFORCEMENT OF INTERNAL |
| v. | ) REVENUE SERVICE SUMMONSES ) |
| PAUL J. SHOLTZ, | ) ) |
| Respondent. | ) |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on _____ August 17 __, 2007, it is hereby:

**ORDERED** that respondent Paul J. Sholtz appear before this Court on the __16th__ day of __October__, 2007, at __10 a__.m., in Courtroom No. __2__, __5th__ Floor, United States District Court, 280 South First Street, San Jose, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

1    **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

     **ORDERED** this 27th day of August, 2007, at San Jose, California.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE
HOWARD R. LLOYD

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS      2