SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
9th floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935
Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and CRAIG HARBIDGE, Revenue Officer,**  Petitioners,  v.  **PAUL J. SHOLTZ,**  Respondent. | No. C-07-4234-HRL  **APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES** |

On August 27, 2007 the Court entered an Order To Show Cause Re: Enforcement of Internal Revenue Service Summonses which required the United States to effect service of the order on the respondent.  The United States failed to timely serve the Order.

The United States failed to serve respondent for the reason that Mr. Sholtz refused to answer his door when service attempts were made at his home. Nor did he come or go from his residence when other attempts to serve him were made.

Accordingly, the United States requests the entry of a second show cause order.  Such order should  provide the United States four weeks to effect service before the thirty-five day notice period begins which requires respondent to appear and show cause, if any, why he should not be compelled to comply with the IRS summonses previously served upon him.

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division