1  SCOTT N. SCHOOLS (SCSB 9990)
   United States Attorney
2  THOMAS MOORE (ASB 4305-O78T)
   Assistant United States Attorney
3    10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California 94102
     Telephone: (415) 436-7017
5
   Attorneys for the United States of America
6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN JOSE DIVISION
9
10 UNITED STATES OF AMERICA and          )
   CRAIG HARBIDGE, Revenue Officer,      )   Case No. C-07-4234-HRL
11                                        )
            Petitioners,                  )
12                                        )
        v.                                )
13                                        )   PROOF OF SERVICE
   PAUL J. SHOLTZ,                        )   AND DECLARATION OF
14                                        )   MONICA MONIZ
            Respondent.                   )
15 ───────────────────────────────────────

16     I, Monica Moniz, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

17     1.    I am a Special Agent with the Internal Revenue Service of the United States
   Department of Treasury in San Jose, California.

18     2.    On October 16, 2007, along with Special Agent Tracy Wong, I personally served
19 a copy of the Order to Show Cause Re: Enforcement of Internal Revenue Summonses and the
20 Verified Petition to Enforce Internal Revenue Service Summonses on Paul J. Sholtz at 500 West
21 Middlefield Road, Mountain View, California.

22     3.    After serving Mr. Sholtz we returned to our office at which Special Agent Wong
23 received the attached email from Mr. Sholtz.

24     I declare under penalty of perjury that the foregoing is true and correct.

25 Executed on October 17, 2007, San Jose, California.

26

27

28                                    MONICA MONIZ

# Wong Tracy G

**From:**   Paul Sholtz [paul_sholtz@yahoo.com]
**Sent:**   Tuesday, October 16, 2007 12:38 PM
**To:**     Wong Tracy G
**Subject:** Future deliveries for Harbidge

Dear Servant,

If in the future I have additional legal documents that require the attention of Harbidge, for instance additional demands that he lawfully verify any alleged document he (falsely) claims against my person, court orders or other formal legal documents that require personal service, how should these documents be delivered? Would he prefer that these documents simply be laid upon the doorstep of his residence, rather than posted on the door?

I'd also like to take this opportunity to bring to your attention the fact that you lied to me this morning: you falsely alleged that I "harrassed" Harbidge by posting "literature" to his door. In fact what I was doing was delivering to him a Demand for Lawful Verification of Alleged Debt; a legal document which Harbidge is required by law to complete and return to me and which he has thus far failed to do, putting him into criminal violation of a number of federal laws, including 5 USC Sec. 552(a)(6)(a)(1). As this Demand and Notice concerned Harbidge in his personal, private capacity as an individual - and *not* in his corporate capacity as an alleged agent for the IRS or the U.S. Treasury Department - the documents had to be delivered to him personally, presumably at his home.

It displeases me greatly when anyone tries to lie to me.

I strongly recommend you do not ever try to do so again in the future.

I expect a prompt and courteous response from you concerning these matters.

Paul J. Sholtz
Creditor

---

Need a vacation? Get great deals to amazing places on Yahoo! Travel.

10/17/2007

TOTAL P.002

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**PROOF OF SERVICE AND DECLARATION OF MONICA MONIZ**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

_____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Paul J. Sholtz
500 West Middlefield Road, #99
Mountain View, California 94043

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **October 17, 2007** at San Francisco, California.

KATHY TAT
Legal Assistant