October 18, 2007

Paul J. Sholtz
500 West Middlefield Road, #99
Mountain View, California [94043]

United States District Court
Northern District of California
c/o Magistrate Howard R. Lloyd
280 South 1st Street
San Jose, California [95113]

ORIGINAL FILED
OCT 22 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
OCT 22 2007

Dear Servant,

On Tuesday, October 16, 2007, Sirrah Tracy Wong – a private employee working for the private offshore corporation known as the I.R.S. and an individual who has no lawful, legal authority whatsoever to be serving a Summons – presented me with this notice which apparently originated from your court.

Please note that your request to appear is hereby Refused For Cause.

Without Prejudice, All Rights Reserved,

Paul J. Sholtz

*REFUSED*
*FOR SJ*

*E-FILED 9/17/2007*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CRAIG HARBIDGE, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>PAUL J. SHOLTZ,<br><br>Respondent. | No. C-07-4234-HRL<br><br>[proposed]<br>ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Enforcement of Internal Revenue Service Summonses, it is hereby

ORDERED that respondent appear in person before this Court on the **27th** day of **November**, 2007, at 10 a.m., in Courtroom No. 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California, and then and there show cause, if any he has, why he should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon respondent as alleged and set forth in particular in the petition; and it is further

ORDERED that a copy of this Order to Show Cause Re: Enforcement of Internal Revenue Service Summonses be served upon said respondent in accordance with Rule 4(c)(2) of the Federal Rules of Civil Procedures at least thirty-five (35) days before the return date of this Order above specified; and it is further