UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   November 27, 2007                                    Time in Court: 4 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  United States of America, et. al. v. Paul J. Sholtz
**CASE NUMBER**: C07-04234HRL
Plaintiff Attorney present: Thomas Moore
Defendant Attorney present: Paul J. Sholtz, in pro se

---

**PROCEEDINGS: Show Cause Hearing re IRS Summons**


Matter is taken under submission.  Court to issue report and recommendations.