IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, et al., | NO. C 07-04234 JW |
| Petitioners,<br>v. | **ORDER GRANTING PETITION TO ENFORCE SUMMONSES** |
| Paul Sholtz, et al., | |
| Respondent. | |

Before the Court is a petition to enforce certain summonses requesting information from Respondent.[1] This case was originally assigned to Magistrate Judge Lloyd. Judge Lloyd conducted a show cause hearing whereby Respondent was in attendance. Respondent failed to present any reason as to why the petition should not be granted. November 28, 2007, the case was reassigning to this Court. Judge Lloyd has issued a report and recommendation that the petition to enforce the summonses be granted. (See Docket Item No. 12.) The Court adopts the report and recommendation.

//

---

[1] These summonses request information about Respondent's income from the periods ending December 31, 2004, December 31, 2005 and December 31, 2006, as well as for the periods ending March 31, 2001, June 30, 2001, and September 30, 2001. The summonses are dated April 18, 2007 and June 4, 2007.

Accordingly, the Court GRANTS the petition to enforce the summonses at issue. Respondent shall provide the requested information within 60 days from the date of this Order.

Dated: December 20, 2007

JAMES WARE  
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Moore tom.moore@usdoj.gov

Paul J Sholtz
500 West Middlefield Road #99
Mountain View, CA 94043

**Dated: December 20, 2007**                    **Richard W. Wieking, Clerk**

                                                **By:  /s/ JW Chambers                    **
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**