# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CRAIG HARBRIDGE, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>PAUL J. SHOLTZ,<br><br>Respondent. | No. C-07-04234 JW<br><br>[proposed]<br>**ORDER FINDING RESPONDENT IN CONTEMPT** |

    This matter came before the Court on March 31, 2008, upon United States' Motion to Find Respondent in Contempt.

    On December 20, 2007, the Court entered its Order Granting Petition to Enforce Internal Revenue Service Summonses ("Order Enforcing Summonses") in this matter. Mr. Sholtz, has yet to produce the documents or offer testimony as ordered by the Court in the Order Enforcing Summonses.

    Due to respondent's failure to comply with the Order Enforcing Summonses, the petitioners filed a Motion to Find the Respondent in Contempt on February 19, 2008. On March 31, 2008, the motion hearing was held.

    Despite the great length of time Mr. Sholtz has had to comply with the Order Enforcing Summonses, Mr. Sholtz has not complied with the summons by providing the government with the summoned records.

**ORDER FINDING RESPONDENT**
**IN CONTEMPT (No. C-07-04234 JW)**    1

1   The Court having considered the record herein, it is hereby

2   **ORDERED** that respondent Paul Sholtz, is in contempt of this Court's Order Enforcing
3   Summonses, and respondent is fined $500 per day from this date until the date he complies with
4   the Order Enforcing Summonses.

5   **IT IS FURTHER ORDERED** that if respondent Paul J. Sholtz complies with the Order
6   Enforcing Summonses, within ten days of this date, he will be purged of the $500 per day fine
7   that might have accrued against him for his failure to comply with the Order Enforcing
8   Summons.

9   **IT IS FURTHER ORDERED** that if, by _____, 2008 respondent Paul Sholtz
10  has failed to comply with the Order Enforcing Summonses, he shall appear in person before this
11  Court on the ____ day of _____, 2008, at ____ __.m., United States Courthouse, 280 S. First
12  Street, San Jose, California and then and there show cause why he should not be imprisoned until
13  he complies with the Court's Order Enforcing Summonses.

14  **ORDERED** this ____ day of _____, 2008 at San Jose, California.

UNITED STATES DISTRICT JUDGE

**ORDER FINDING RESPONDENT
IN CONTEMPT (No. C-07-04234 JW)**          2