**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-04234 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING MOTION HEARING |
| PAUL J SHOLTZ, | |
| Defendant(s). | |
| _____ / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Find Respondent In Contempt before Judge James Ware previously noticed for March 31, 2008 at 9:00 AM has been reset to **April 14, 2008 at 1:30 PM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: February 23, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:  /s/
Elizabeth Garcia
Courtroom Deputy