FILED

3 MAR 11

RICH...
U.S. DIST.
N. DIST. OF...

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Paul J. Sholtz
500 West Middlefield Road #99
Mountain View, CA 94043

NIXIE    941   CE   1         30   03/05/08
        RETURN TO SENDER
        UNCLAIMED
        UNABLE TO FORWARD
BC: 95113309300    *0940-04177-09-29



ORIGINAL FILED

NOV 28 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

)T FOR CITATION

:D STATES DISTRICT COURT

{ERN DISTRICT OF CALIFORNIA

,N JOSE DIVISION

RAIG          No. C07-04234 HRL

**(1) ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE; AND (2) REPORT AND RECOMMENDATION THAT VERIFIED PETITION TO ENFORCE IRS SUMMONSES BE GRANTED**

[Re: Docket No. 1]

_/

an Order to Show Cause why respondent Paul J.

;fore the Internal Revenue Service (IRS) in compliance

ters to the court advising that he refuses to respond to

f-described "special appearance" at the November 27,

sent to these proceedings. Because respondent has not

judge, the undersigned has prepared a report and

and directs the Clerk of the Court to reassign this case

e moving papers and all other evidence of record, this

ANTED.

**I. BACKGROUND**

According to the petition, the IRS is conducting an investigation to determine and collect