TATES DISTRICT COURT

DISTRICT OF CALIFORNIA

\N JOSE DIVISION

**ORIGINAL
FILED**

NOV 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

No. C07-04234

**CLERK'S NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT JUDGE**

___/

vill now randomly reassign this case to a United States

ie parties has requested reassignment to a United States

irisdiction by a Magistrate Judge.

RICHARD W. WIEKING,
United States District Court

*/s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

Paul J Sholtz
500 West Middlefield Road
#99
Mountain View, CA 94043

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

27

28