OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ISTRICT COURT
ct of California
irst Street
ornia 95113

scourts.gov

Filed 11/28/2007    Page 1 of 1

General Court Number
408.535.5364

28, 2007

ENT ORDER

OR,

ed to the **San Jose** division.  Case assigned to

edings.

gs shall bear the initials **JW** immediately after

JLED FOR HEARING ARE VACATED AND
EFORE THE JUDGE TO WHOM THE CASE

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

Special Projects
Entered in Computer 11/28/07 tsh

Transferor CSA

NIXIE    941    CE    1    30    03/09/08C

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC:  95113909555    *1656-21510-30-34

FILED

30 NOV 2007 PM

SAN JOSE CA 951

$ 00.410