UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  May 5, 2008**  **Court Reporter: Gina Colin**
**Case No.: C-07-04234 JW**  **Interpreter: N/A**
**Related Case No.: N/A**

## TITLE

United States of America v. Paul Sholtz

**Attorney(s) for Plaintiff(s)**: Thomas Moore
**Attorney(s) for Defendant(s)**: No Appearance Made

## PROCEEDINGS

Order to Show Cause re Contempt

## ORDER AFTER HEARING

Hearing Held.  No appearance made by or on behalf of the Defendant.  The Court issued a no bail bench warrant for the Defendant.  Once the Defendant is in custody the Court will set further hearing re Order to Show Cause re Contempt proceedings.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: