O 442 (Rev. 5/93) Warrant for Arrest

**E-FILING**

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

**Paul Sholtz**

WARRANT FOR ARREST

Case Number: **CV-07-04234-JW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Paul Sholtz**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  () Complaint
(X) Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with:

**Failure to appear and/or produce documents**

in violation of Title **26** United States Code, Section(s) **7604(b)**

| **Cita F. Escolano** | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Cita F. Escolano* (signature) | May 5, 2008, San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ **NO BAIL**    by    **James Ware**
                                   Name of Judicial Officer

---

**RETURN** — ORIGINAL WARRANT HELD BY U.S. MARSHALS, SAN JOSE
NOTIFY ABOVE OFFICE UPON ARREST
DO NOT MAKE RETURN ON THIS COPY

This warrant was received and executed with the arrest of the above-named defendant at

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |