Dear Judge Ware,

My apologies. In good faith, I thought the hearing today was for 10:00 AM, not 9:00 AM.

These are documents I intend to deliver to Mr. Harbidge today. They indicate that I have been complying w/ the court's orders to the best of my ability.

The honor of your court is intact, the dignity of your court is intact.

Without prejudice, all rights res'v,

Paul S[—]

Dear Mr. Harbidge:

I apologize for the slight tardiness in conveying my responses (and returns) to you, but my difficulties out of the vast complexity of Title 26 and the Internal Revenue Code and

I question I have in particular for you: in Title 12, Section 411 we read as follows:

> *Federal Reserve Notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customers and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve Bank.*

This signifies several things:

- Federal Reserve Notes (FRNs) may be issued to <u>Federal reserve banks</u> for the purpose of making advances, <u>and for no other purpose</u>.
- The said FRNs maybe redeemed in <u>lawful money</u> on demand.

Understanding lawful money to be that which issues directly from the U.S. Treasury, rather than private credit emitting from the Federal Reserve, this raises several keys questions, the most obvious of which is: why am I (a private individual) even touching, using, or handling Federal Reserve Notes when it would seem that these instruments have been forbidden to be circulated amongst the general public, and may only be used by the Federal Reserve banks?

The answer may be found in House Joint Resolution 192, which was enacted by the Congress on June 5, 1933, which had the effect of making Federal Reserve Notes legal tender for all debts public and private.

This is all well and good; consider, however, that HJR-192 has apparently been suspended and revoked at least three times since its enactment:

- HJR-192 was attached as a rider to the Agricultural Adjustment Act, which was struck down as unconstitutional by the Supreme Court in 1936 in BUTLER v. US, 296 US 1 (1936).
- The Act of Oct. 28, 1977, PL 95-147, 91 Stat. 1229 effectively repealed HJR-192 by reviving gold clauses in contracts prior to 1933 and permitting new gold contracts (i.e., those made after Oct 28, 1977).

- Congress re-codified Title 31 (Money and Finance) by way of a statute known as PL 97-258, 96 Stat. 877 in 1982. In that statute the legal tender status of US coins and currencies was re-assigned, at Section 5103. The statute repealed, amongst other things, HJR-192.

So no matter how we look at it, it would appear that HJR-192 has been repealed/suspended, and with the suspension of HJR-192, all the older common law remedies once again became available. Specifically, the circulation of FRNs as "legal tender" (at least, amongst non-banking entities) was made illegal, and the redemption of FRNs in lawful money would be made (indeed, if payment in lawful money was to be made in US Notes, its not clear that this provision was ever suspended by HJR-192, as per Title 12, Sec 411).

I raise all this with you, because as of late, I have been doing my best not to endorse private credit from the Federal Reserve, but instead to demand lawful money at the teller window. After all, why would I desire _elastic_ credit from the Federal Reserve when I have recourse to _inelastic_ lawful money from the U.S. Treasury? Or, to say it differently, why would I wish to pay the "banker's rate" for gold at $900-1000 per oz., when I have recourse to be purchasing gold at the statutory exchange rate of $42.22 as specified in Title 31, Section 5117?

What this all means for you is the following: I do not know whether private credit, issuing from the Federal Reserve, when "non-endorsed" using the following disclaimer on the bank of the check, actually represents "taxable income":

DEPOSITED FOR CREDIT ON ACCOUNT
OR EXCHANGED FOR NON-NEGOTIABLE
FEDERAL RESERVE NOTES OF FACE VALUE

Likewise, I do not know whether private credit that is non-endorsed using disclaimers such as "REDEEMED IN LAWFUL MONEY PURSUANT TO TITLE 12 USC SECTION 411" or "CASHED AT LAW WITHOUT RECOURSE" represent taxable income.

Would you help me to determine the answer to this question? I am unable to determine what my "taxable income" for recent years has been without this knowledge, as this is the manner in which I have been "non-endorsing" private credit in recent years.

Without Prejudice, All Rights Reserved,

*[signature]* 5/2/08

Paul J. Sholtz

May 2, 2008

Paul J. Sholtz
650 Castro Street, #120-485
Mountain View, California 94041

Dear Mr. Harbidge:

As per your request of April 11, 2008, you have stated that you have not received returns from me for the years 2003, 2004, 2005 and 2006. Indeed, April 15, 2008 having passed, you are more than likely now anticipating the return for 2007 as well. As near as I can determine, your statements intimate that PAUL SHOLTZ is required to file these tax returns.

In peace and without controversy, the undersigned has a sincere desire to act and live in obedience to whatever revenue laws he may be subject to, more especially should there be any debts owing. However, if the undersigned were to sign tax returns as being true, correct and complete without having full knowledge of all the facts, he would be committing perjury.

If taxable activities are found and there is lawful requirement for the filings of income tax returns by PAUL SHOLTZ, the Secretary or his duly authorized agent shall make the returns from his own knowledge and from such information as can be obtained and file the returns required by law on behalf of the Secretary for PAUL SHOLTZ, SSN: 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* as per 26 USC section 6020(b)(1), (2) and 26 CFR section 601.104. These returns are to be signed under the penalty of perjury by the duly authorized agent making the returns as per 26 USC Section 6061 and 6065. Such return shall be prima facie, good and sufficient for all legal purposes.

To assist you in this matter, the undersigned, as agent for PAUL SHOLTZ, has enclosed the required form 2848, "Power of Attorney" authorizing you or your assignee to complete the necessary 1040 forms for PAUL SHOLTZ. The undersigned, on behalf of PAUL SHOLTZ, requests that a duly authorized Internal Revenue Agent provide the undersigned with copies, front and back, of the executed returns after they have been completed.

Without Prejudice, All Rights Reserved,

*[signature]*

Paul J. Sholtz


\* **Number given under duress**; see attached <u>Social Security Asseveration of Coercion</u>. Indeed, moving forward, every effort will be made to have this number and account rescinding from the Social Security Administration.

| Form **2848** (Rev. March 2004) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Type or print. ▶ See the separate instructions. | OMB No. 1545-0150 **For IRS Use Only** Received by: Name _____ Telephone _____ Function _____ Date __/__/__ |

### Part I — Power of Attorney
**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9. ✶✶

Taxpayer name(s) and address:
PAUL STULTZ
650 CASTRO ST, #120-4FS
MOUNTAIN VIEW, CALIFORNIA, 94041

Social security number(s): 377 7C 7G15
Employer identification number: ___
Daytime telephone number: ( )
Plan number (if applicable): ___

✶✶ No SSN, provided under duress

(margin note: ✶ No TAXPAYER provided under duress)

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

Name and address:
CRAIG HARB (PG&E)
MAIL STOP H25117-06     95117
77 SOUTH MARKET ST, SAN JOSE, CA

CAF No. _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address: _____
CAF No. _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address: _____
CAF No. _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| INCOME | 1040 | 2003, 2004, 2005, 2006, 2007 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF**. ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: _____
_____
_____

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.    Cat. No. 11980J    Form **2848** (Rev. 3-2004)

Form 2848 (Rev. 3-2004)                                                                                                                                         Page **2**

**7  Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.
   **a** If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☐
   **b** If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . ▶ ☐

**8  Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . . . . . . . ▶ ☐
   **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9  Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

_[Signature]_                                                  5/2/08
        Signature                                              Date                    Title (if applicable)

PAUL SHOLTZ                   ☐☐☐☐☐
     Print Name                 PIN Number             Print name of taxpayer from line 1 if other than individual

_____                                  _____          _____
        Signature                                              Date                    Title (if applicable)

                              ☐☐☐☐☐
     Print Name                 PIN Number

### Part II  Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:
- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
   **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
   **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
   **c** Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
   **d** Officer—a bona fide officer of the taxpayer's organization.
   **e** Full-Time Employee—a full-time employee of the taxpayer.
   **f** Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
   **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
   **h** Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter **(a–h)** | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Form **2848** (Rev. 3-2004)

# Form 1040

**Department of the Treasury—Internal Revenue Service**
**U.S. Individual Income Tax Return 2003** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2003, or other tax year beginning _____, 2003, ending _____, 20 ___    OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial | Last name | Your social security number
- If a joint return, spouse's first name and initial | Last name | Spouse's social security number
- Home address (number and street). If you have a P.O. box, see page 19. | Apt. no.
- City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶   You: ☐ Yes ☐ No   Spouse: ☐ Yes ☐ No

**Filing Status**
Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**
- 6a ☐ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
- b ☐ Spouse
- c Dependents:
  (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 21)

If more than five dependents, see page 21.

No. of boxes checked on 6a and 6b _____
No. of children on 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see page 21) _____
Dependents on 6c not entered above _____
Add numbers on lines above ▶ ☐

- d Total number of exemptions claimed

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7. Wages, salaries, tips, etc. Attach Form(s) W-2 | 7
8a. Taxable interest. Attach Schedule B if required | 8a
 b. Tax-exempt interest. **Do not** include on line 8a | 8b
9a. Ordinary dividends. Attach Schedule B if required | 9a
 b. Qualified dividends (see page 23) | 9b
10. Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10
11. Alimony received | 11
12. Business income or (loss). Attach Schedule C or C-EZ | 12
13a. Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13a
 b. If box on 13a is checked, enter post-May 5 capital gain distributions | 13b
14. Other gains or (losses). Attach Form 4797 | 14
15a. IRA distributions | 15a | b Taxable amount (see page 25) | 15b
16a. Pensions and annuities | 16a | b Taxable amount (see page 25) | 16b
17. Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17
18. Farm income or (loss). Attach Schedule F | 18
19. Unemployment compensation | 19
20a. Social security benefits | 20a | b Taxable amount (see page 27) | 20b
21. Other income. List type and amount (see page 27) | 21
22. Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22

**Adjusted Gross Income**
23. Educator expenses (see page 29) | 23
24. IRA deduction (see page 29) | 24
25. Student loan interest deduction (see page 31) | 25
26. Tuition and fees deduction (see page 32) | 26
27. Moving expenses. Attach Form 3903 | 27
28. One-half of self-employment tax. Attach Schedule SE | 28
29. Self-employed health insurance deduction (see page 33) | 29
30. Self-employed SEP, SIMPLE, and qualified plans | 30
31. Penalty on early withdrawal of savings | 31
32a. Alimony paid   b Recipient's SSN ▶ _____ | 32a
33. Add lines 23 through 32a | 33
34. Subtract line 33 from line 22. This is your **adjusted gross income** ▶ | 34

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.   Cat. No. 11320B   Form **1040** (2003)

Form 1040 (2003) Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) | 35 |
| | 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. } Total boxes checked ▶ 36a | |
| Standard Deduction for— | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 36b ☐ | |
| • People who checked any box on line 36a or 36b or who can be claimed as a dependent, see page 34. | 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 37 |
| | 38 | Subtract line 37 from line 35 | 38 |
| | 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | 39 |
| | 40 | **Taxable income.** Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 |
| | 41 | Tax (see page 36). Check if any tax is from: **a** ☐ Form(s) 8814   **b** ☐ Form 4972 | 41 |
| • All others: | 42 | **Alternative minimum tax** (see page 38). Attach Form 6251 | 42 |
| Single or Married filing separately, $4,750 | 43 | Add lines 41 and 42 ▶ | 43 |
| | 44 | Foreign tax credit. Attach Form 1116 if required | 44 |
| | 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 |
| Married filing jointly or Qualifying widow(er), $9,500 | 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 |
| | 47 | Education credits. Attach Form 8863 | 47 |
| | 48 | Retirement savings contributions credit. Attach Form 8880 | 48 |
| Head of household, $7,000 | 49 | Child tax credit (see page 40) | 49 |
| | 50 | Adoption credit. Attach Form 8839 | 50 |
| | 51 | Credits from: **a** ☐ Form 8396   **b** ☐ Form 8859 | 51 |
| | 52 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801   **c** ☐ Specify _____ | 52 |
| | 53 | Add lines 44 through 52. These are your **total credits** | 53 |
| | 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 |
| **Other Taxes** | 55 | Self-employment tax. Attach Schedule SE | 55 |
| | 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 |
| | 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 |
| | 58 | Advance earned income credit payments from Form(s) W-2 | 58 |
| | 59 | Household employment taxes. Attach Schedule H | 59 |
| | 60 | Add lines 54 through 59. This is your **total tax** ▶ | 60 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 |
| | 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 |
| If you have a qualifying child, attach Schedule EIC. | 63 | **Earned income credit (EIC)** | 63 |
| | 64 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 64 |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 |
| | 66 | Amount paid with request for extension to file (see page 56) | 66 |
| | 67 | Other payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 67 |
| | 68 | Add lines 61 through 67. These are your **total payments** ▶ | 68 |
| **Refund** | 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you **overpaid** ▶ | 69 |
| Direct deposit? See page 56 and fill in 70b, 70c, and 70d. | 70a | Amount of line 69 you want **refunded to you** ▶ | 70a |
| | ▶ b | Routing number _____   ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account number _____ | |
| | 71 | Amount of line 69 you want **applied to your 2004 estimated tax** ▶ | 71 |
| **Amount You Owe** | 72 | **Amount you owe.** Subtract line 68 from line 60. For details on how to pay, see page 57 ▶ | 72 |
| | 73 | Estimated tax penalty (see page 58) | 73 |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 58)? ☐ **Yes.** Complete the following. ☐ **No**

Designee's name ▶ _____   Phone no. ▶ ( )   Personal identification number (PIN) ▶ _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 20. Keep a copy for your records.

Your signature _____ | Date _____ | Your occupation _____ | Daytime phone number ( )

Spouse's signature. If a joint return, **both** must sign. _____ | Date _____ | Spouse's occupation _____

**Paid Preparer's Use Only**

Preparer's signature ▶ _____   Date _____   Check if self-employed ☐   Preparer's SSN or PTIN _____

Firm's name (or yours if self-employed), address, and ZIP code ▶ _____   EIN _____   Phone no. ( )

Form **1040** (2003)

# Form 1040

**Department of the Treasury—Internal Revenue Service**
**U.S. Individual Income Tax Return** 2004 (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning _____ , 2004, ending _____ , 20 _____   OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial | Last name | Your social security number
- If a joint return, spouse's first name and initial | Last name | Spouse's social security number
- Home address (number and street). If you have a P.O. box, see page 16. | Apt. no.
- City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.

▲ **Important!** ▲ You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 16.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶    You: ☐ Yes ☐ No    Spouse: ☐ Yes ☐ No

## Filing Status
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

## Exemptions

- 6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
- b ☐ Spouse
- c Dependents:
  - (1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 18)

If more than four dependents, see page 18.

Boxes checked on 6a and 6b _____
No. of children on 6c who:
- lived with you _____
- did not live with you due to divorce or separation (see page 18) _____
Dependents on 6c not entered above _____
Add numbers on lines above ▶

- d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

- 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ........ 7
- 8a Taxable interest. Attach Schedule B if required ....... 8a
- b Tax-exempt interest. **Do not** include on line 8a ... 8b
- 9a Ordinary dividends. Attach Schedule B if required ...... 9a
- b Qualified dividends (see page 20) ....... 9b
- 10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) .. 10
- 11 Alimony received ................ 11
- 12 Business income or (loss). Attach Schedule C or C-EZ ........ 12
- 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐   13
- 14 Other gains or (losses). Attach Form 4797 ........ 14
- 15a IRA distributions . . 15a | b Taxable amount (see page 22)   15b
- 16a Pensions and annuities 16a | b Taxable amount (see page 22)   16b
- 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E   17
- 18 Farm income or (loss). Attach Schedule F ........ 18
- 19 Unemployment compensation ........ 19
- 20a Social security benefits . 20a | b Taxable amount (see page 24)   20b
- 21 Other income. List type and amount (see page 24) _____   21
- 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶  22

## Adjusted Gross Income

- 23 Educator expenses (see page 26) ....... 23
- 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ   24
- 25 IRA deduction (see page 26) ....... 25
- 26 Student loan interest deduction (see page 28) .... 26
- 27 Tuition and fees deduction (see page 29) ..... 27
- 28 Health savings account deduction. Attach Form 8889 . . 28
- 29 Moving expenses. Attach Form 3903 ....... 29
- 30 One-half of self-employment tax. Attach Schedule SE . . 30
- 31 Self-employed health insurance deduction (see page 30)   31
- 32 Self-employed SEP, SIMPLE, and qualified plans . . . 32
- 33 Penalty on early withdrawal of savings ....... 33
- 34a Alimony paid   b Recipient's SSN ▶ _____  34a
- 35 Add lines 23 through 34a ............ ▶   35
- 36 Subtract line 35 from line 22. This is your **adjusted gross income** ....... ▶   36

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.    Cat. No. 11320B    Form **1040** (2004)

Form 1040 (2004)                                                                                                          Page **2**

## Tax and Credits

**Standard Deduction for—**

• People who checked any box on line 38a or 38b **or** who can be claimed as a dependent, see page 31.

• All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

37 Amount from line 36 (adjusted gross income) . . . . . . . . . . . . . . . . 37

38a Check if: ☐ You were born before January 2, 1940, ☐ Blind. ☐ Spouse was born before January 2, 1940, ☐ Blind. Total boxes checked ▶ 38a

b If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 38b ☐

39 **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) . . 39

40 Subtract line 39 from line 37 . . . . . . . . . . . . . . . . . . . . . . . 40

41 If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 . . . . . . . 41

42 **Taxable income.** Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- . 42

43 Tax (see page 33). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 . . . 43

44 **Alternative minimum tax** (see page 35). Attach Form 6251 . . . . . . . . . . . 44

45 Add lines 43 and 44 . . . . . . . . . . . . . . . . . . . . . . . . ▶ 45

46 Foreign tax credit. Attach Form 1116 if required . . . . 46

47 Credit for child and dependent care expenses. Attach Form 2441 47

48 Credit for the elderly or the disabled. Attach Schedule R . . 48

49 Education credits. Attach Form 8863 . . . . . . . . 49

50 Retirement savings contributions credit. Attach Form 8880 . . 50

51 Child tax credit (see page 37) . . . . . . . . . . . 51

52 Adoption credit. Attach Form 8839 . . . . . . . . . 52

53 Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 . . 53

54 Other credits. Check applicable box(es): **a** ☐ Form 3800
**b** ☐ Form 8801 **c** ☐ Specify _____ 54

55 Add lines 46 through 54. These are your **total credits** . . . . . . . . . . . . 55

56 Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- . . . . . . ▶ 56

## Other Taxes

57 Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . 57

58 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 . . 58

59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . 59

60 Advance earned income credit payments from Form(s) W-2 . . . . . . . . . . 60

61 Household employment taxes. Attach Schedule H . . . . . . . . . . . . . 61

62 Add lines 56 through 61. This is your **total tax** . . . . . . . . . . . . ▶ 62

## Payments

**If you have a qualifying child, attach Schedule EIC.**

63 Federal income tax withheld from Forms W-2 and 1099 . . 63

64 2004 estimated tax payments and amount applied from 2003 return 64

65a Earned income credit (EIC) . . . . . . . . . . 65a

b Nontaxable combat pay election ▶ 65b

66 Excess social security and tier 1 RRTA tax withheld (see page 54) 66

67 Additional child tax credit. Attach Form 8812 . . . . . 67

68 Amount paid with request for extension to file (see page 54) 68

69 Other payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 . 69

70 Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** . . . . ▶ 70

## Refund

Direct deposit? See page 54 and fill in 72b, 72c, and 72d.

71 If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** 71

72a Amount of line 71 you want **refunded to you** . . . . . . . . . . . . . . ▶ 72a

▶ **b** Routing number _____ ▶ **c** Type: ☐ Checking ☐ Savings

▶ **d** Account number _____

73 Amount of line 71 you want **applied to your 2005 estimated tax** ▶ 73

## Amount You Owe

74 **Amount you owe.** Subtract line 70 from line 62. For details on how to pay, see page 55 ▶ 74

75 Estimated tax penalty (see page 55) . . . . . . . . 75

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 56)? ☐ **Yes.** Complete the following. ☐ **No**

Designee's name ▶      Phone no. ▶ ( )      Personal identification number (PIN) ▶

## Sign Here

Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number ( ) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

## Paid Preparer's Use Only

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) | |

Form **1040** (2004)

| Form **1040** | Department of the Treasury—Internal Revenue Service **2005** U.S. Individual Income Tax Return | (99) | IRS Use Only—Do not write or staple in this space. | |
|---|---|---|---|---|
| | For the year Jan. 1–Dec. 31, 2005, or other tax year beginning , 2005, ending , 20 | | OMB No. 1545-0074 | |

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 16. | Apt. no. | ▲ You **must** enter your SSN(s) above. ▲ |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. | | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse
c Dependents:
(1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19)

Boxes checked on 6a and 6b ___
No. of children on 6c who:
• lived with you ___
• did not live with you due to divorce or separation (see page 20) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ ☐

If more than four dependents, see page 19.

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............ **7**
8a Taxable interest. Attach Schedule B if required ........... **8a**
 b Tax-exempt interest. **Do not** include on line 8a . . **8b**
9a Ordinary dividends. Attach Schedule B if required .......... **9a**
 b Qualified dividends (see page 23) . . . . . **9b**
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 23) . . **10**
11 Alimony received ............................. **11**
12 Business income or (loss). Attach Schedule C or C-EZ ....... **12**
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ **13**
14 Other gains or (losses). Attach Form 4797 ................ **14**
15a IRA distributions . . **15a** | b Taxable amount (see page 25) **15b**
16a Pensions and annuities **16a** | b Taxable amount (see page 25) **16b**
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E **17**
18 Farm income or (loss). Attach Schedule F ................. **18**
19 Unemployment compensation ....................... **19**
20a Social security benefits . **20a** | b Taxable amount (see page 27) **20b**
21 Other income. List type and amount (see page 29) _____ **21**
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ **22**

**Adjusted Gross Income**

23 Educator expenses (see page 29) . . . . . . . **23**
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ **24**
25 Health savings account deduction. Attach Form 8889 . . **25**
26 Moving expenses. Attach Form 3903 . . . . . **26**
27 One-half of self-employment tax. Attach Schedule SE . . **27**
28 Self-employed SEP, SIMPLE, and qualified plans . . . **28**
29 Self-employed health insurance deduction (see page 30) **29**
30 Penalty on early withdrawal of savings . . . . . **30**
31a Alimony paid    b Recipient's SSN ▶ _____ **31a**
32 IRA deduction (see page 31) . . . . . . . . . **32**
33 Student loan interest deduction (see page 33) . . . . **33**
34 Tuition and fees deduction (see page 34) . . . . . **34**
35 Domestic production activities deduction. Attach Form 8903 **35**
36 Add lines 23 through 31a and 32 through 35 ............. **36**
37 Subtract line 36 from line 22. This is your **adjusted gross income** ▶ **37**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.    Cat. No. 11320B    Form **1040** (2005)

Form 1040 (2005) Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . | 38 |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. } Total boxes checked ▶ 39a | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶39b ☐ | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) . . | 40 |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 36. | 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . | 41 |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . | 43 |
| | 44 | Tax (see page 37). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972 . . . | 44 |
| • All others: | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 . . . . . . . . . | 45 |
| Single or Married filing separately, $5,000 | 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . ▶ | 46 |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . . | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R . . | 49 | |
| Married filing jointly or Qualifying widow(er), $10,000 | 50 | Education credits. Attach Form 8863 . . . . . . . . | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 . . | 51 | |
| | 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | |
| | 53 | Adoption credit. Attach Form 8839 . . . . . . . . . | 53 | |
| Head of household, $7,300 | 54 | Credits from: **a** ☐ Form 8396  **b** ☐ Form 8859 . . . | 54 | |
| | 55 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801  **c** ☐ Form _____ . . | 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** . . . . . . . . . . . | 56 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . . . . . ▶ | 57 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . | 58 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 . . | 59 |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . | 60 |
| | 61 | Advance earned income credit payments from Form(s) W-2 . . . . . . . . . | 61 |
| | 62 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . | 62 |
| | 63 | Add lines 57 through 62. This is your **total tax** . . . . . . . . . . . . ▶ | 63 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 . . | 64 | |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** . . . . . . . . . . | 66a | |
| | b | Nontaxable combat pay election ▶ | 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 . . . . . | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 . | 70 | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** . . . . . ▶ | 71 |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** ▶ | 72 |
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want **refunded to you** . . . . . . . . . . . . . ▶ | 73a |
| | ▶ b | Routing number ☐☐☐☐☐☐☐☐☐ ▶ **c** Type: ☐ Checking  ☐ Savings | |
| | ▶ d | Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | |
| | 74 | Amount of line 72 you want **applied to your 2006 estimated tax** ▶ | 74 | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | 75 |
| | 76 | Estimated tax penalty (see page 60) . . . . . . . . | 76 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes.** Complete the following. ☐ **No** | | | |
| | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ ☐☐☐☐☐ | |

**Sign Here**
Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number ( ) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN  Phone no. ( ) | |

Form **1040** (2005)

✻ Printed on recycled paper

# Form 1040
## Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2006

(99)   IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning _____, 2006, ending _____, 20____

### Label (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

LABEL HERE

- Your first name and initial | Last name | Your social security number
- If a joint return, spouse's first name and initial | Last name | Spouse's social security number
- Home address (number and street). If you have a P.O. box, see page 16. | Apt. no. | ▲ You **must** enter your SSN(s) above. ▲
- City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. | Checking a box below will not change your tax or refund.

### Presidential Election Campaign ▶
Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶   ☐ You ☐ Spouse

### Filing Status
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

### Exemptions

- 6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
- b ☐ Spouse
- c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see page 19.

Boxes checked on 6a and 6b ____
No. of children on 6c who:
• lived with you ____
• did not live with you due to divorce or separation (see page 20) ____
Dependents on 6c not entered above ____
Add numbers on lines above ▶ ☐

- d Total number of exemptions claimed

### Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

- 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7
- 8a Taxable interest. Attach Schedule B if required | 8a
- b Tax-exempt interest. **Do not** include on line 8a  | 8b |
- 9a Ordinary dividends. Attach Schedule B if required | 9a
- b Qualified dividends (see page 23) | 9b |
- 10 Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10
- 11 Alimony received | 11
- 12 Business income or (loss). Attach Schedule C or C-EZ | 12
- 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13
- 14 Other gains or (losses). Attach Form 4797 | 14
- 15a IRA distributions  | 15a | b Taxable amount (see page 25) | 15b
- 16a Pensions and annuities | 16a | b Taxable amount (see page 26) | 16b
- 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17
- 18 Farm income or (loss). Attach Schedule F | 18
- 19 Unemployment compensation | 19
- 20a Social security benefits | 20a | b Taxable amount (see page 27) | 20b
- 21 Other income. List type and amount (see page 29) _____ | 21
- 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22

### Adjusted Gross Income

- 23 Archer MSA deduction. Attach Form 8853 | 23
- 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24
- 25 Health savings account deduction. Attach Form 8889 | 25
- 26 Moving expenses. Attach Form 3903 | 26
- 27 One-half of self-employment tax. Attach Schedule SE | 27
- 28 Self-employed SEP, SIMPLE, and qualified plans | 28
- 29 Self-employed health insurance deduction (see page 29) | 29
- 30 Penalty on early withdrawal of savings | 30
- 31a Alimony paid  b Recipient's SSN ▶ _____ | 31a
- 32 IRA deduction (see page 31) | 32
- 33 Student loan interest deduction (see page 33) | 33
- 34 Jury duty pay you gave to your employer | 34
- 35 Domestic production activities deduction. Attach Form 8903 | 35
- 36 Add lines 23 through 31a and 32 through 35 | 36
- 37 Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.   Cat. No. 11320B   Form **1040** (2006)

Form 1040 (2006) Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 |
| | 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ▶ 39a | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶39b ☐ | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 34. | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40 |
| | 41 | Subtract line 40 from line 38 | 41 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 |
| | 44 | **Tax** (see page 36). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972 | 44 |
| | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | 45 |
| • All others: | 46 | Add lines 44 and 45 ▶ | 46 |
| Single or Married filing separately, $5,150 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 |
| Married filing jointly or Qualifying widow(er), $10,300 | 50 | Education credits. Attach Form 8863 | 50 |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 |
| | 52 | Residential energy credits. Attach Form 5695 | 52 |
| | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 |
| Head of household, $7,550 | 54 | Credits from: **a** ☐ Form 8396  **b** ☐ Form 8839  **c** ☐ Form 8859 | 54 |
| | 55 | Other credits: **a** ☐ Form 3800  **b** ☐ Form 8801  **c** ☐ Form___ | 55 |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 |
| | 62 | Household employment taxes. Attach Schedule H | 62 |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 |
| | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** | 66a |
| | b | Nontaxable combat pay election ▶ 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 |
| | 70 | Payments from: **a** ☐ Form 2439  **b** ☐ Form 4136  **c** ☐ Form 8885 | 70 |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 |
| **Refund** Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a |
| | ▶ b | Routing number ▶ c Type: ☐ Checking  ☐ Savings | |
| | ▶ d | Account number | |
| | 75 | Amount of line 73 you want **applied to your 2007 estimated tax** ▶ 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 |
| | 77 | Estimated tax penalty (see page 62) 77 | |

**Third Party Designee**   Do you want to allow another person to discuss this return with the IRS (see page 63)?  ☐ **Yes.** Complete the following.  ☐ **No**

Designee's name ▶           Phone no. ▶ (   )           Personal identification number (PIN) ▶

**Sign Here**
Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation | Daytime phone number ( )

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code | EIN | Phone no. ( )

Form **1040** (2006)

# Form 1040

**Department of the Treasury—Internal Revenue Service**
**U.S. Individual Income Tax Return** **2007** | IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20

## Label
(See instructions on page 12.)
Use the IRS label. Otherwise, please print or type.

L A B E L   H E R E

Your first name and initial | Last name

Your social security number

If a joint return, spouse's first name and initial | Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 12. | Apt. no.

▲ You **must** enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶   ☐ You ☐ Spouse

## Filing Status
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 14)

## Exemptions

6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☐ **Spouse**
c **Dependents:**
  (1) First name   Last name
  (2) Dependent's social security number
  (3) Dependent's relationship to you
  (4) ✓ if qualifying child for child tax credit (see page 15)

If more than four dependents, see page 15.

d Total number of exemptions claimed

Boxes checked on 6a and 6b ____
No. of children on 6c who:
• lived with you ____
• did not live with you due to divorce or separation (see page 16) ____
Dependents on 6c not entered above ____
Add numbers on lines above ▶ ☐

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ... | 7
8a Taxable interest. Attach Schedule B if required ... | 8a
b Tax-exempt interest. **Do not** include on line 8a ... | 8b |
9a Ordinary dividends. Attach Schedule B if required ... | 9a
b Qualified dividends (see page 19) ... | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) ... | 10
11 Alimony received ... | 11
12 Business income or (loss). Attach Schedule C or C-EZ ... | 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13
14 Other gains or (losses). Attach Form 4797 ... | 14
15a IRA distributions ... | 15a |    b Taxable amount (see page 21) | 15b
16a Pensions and annuities | 16a |    b Taxable amount (see page 22) | 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17
18 Farm income or (loss). Attach Schedule F ... | 18
19 Unemployment compensation ... | 19
20a Social security benefits | 20a |    b Taxable amount (see page 24) | 20b
21 Other income. List type and amount (see page 24) ____ | 21
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22

## Adjusted Gross Income

23 Educator expenses (see page 26) ... | 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24
25 Health savings account deduction. Attach Form 8889 . . | 25
26 Moving expenses. Attach Form 3903 ... | 26
27 One-half of self-employment tax. Attach Schedule SE . . | 27
28 Self-employed SEP, SIMPLE, and qualified plans ... | 28
29 Self-employed health insurance deduction (see page 26) | 29
30 Penalty on early withdrawal of savings ... | 30
31a Alimony paid    b Recipient's SSN ▶ | 31a
32 IRA deduction (see page 27) ... | 32
33 Student loan interest deduction (see page 30) ... | 33
34 Tuition and fees deduction. Attach Form 8917 ... | 34
35 Domestic production activities deduction. Attach Form 8903 | 35
36 Add lines 23 through 31a and 32 through 35 ... | 36
37 Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.   Cat. No. 11320B   Form **1040** (2007)

Form 1040 (2007) Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . | 38 |
| | 39a | Check if: ☐ **You** were born before January 2, 1943, ☐ Blind. ☐ **Spouse** was born before January 2, 1943, ☐ Blind. Total boxes checked ▶ 39a | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶39b ☐ | |
| | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) . . | 40 |
| | 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . | 41 |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 31. | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 . . . . . . . . . . | 42 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 |
| | 44 | Tax (see page 33). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972  **c** ☐ Form(s) 8889 | 44 |
| | 45 | Alternative minimum tax (see page 36). Attach Form 6251 . . . . . . . . . . | 45 |
| • All others: | 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . ▶ | 46 |
| Single or Married filing separately, $5,350 | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R . | 48 | |
| | 49 | Education credits. Attach Form 8863 . . . . . . | 49 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 50 | Residential energy credits. Attach Form 5695 . . . . | 50 | |
| | 51 | Foreign tax credit. Attach Form 1116 if required . . . | 51 | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 . | 53 | |
| Head of household, $7,850 | 54 | Credits from:  **a** ☐ Form 8396  **b** ☐ Form 8859  **c** ☐ Form 8839 | 54 | |
| | 55 | Other credits:  **a** ☐ Form 3800  **b** ☐ Form 8801  **c** ☐ Form ____ | 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** . . . . . . . . . . . | 56 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . . . . ▶ | 57 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . | 58 |
| | 59 | Unreported social security and Medicare tax from: **a** ☐ Form 4137  **b** ☐ Form 8919 . . | 59 |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . | 60 |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 . . . . . . . . | 61 |
| | 62 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . | 62 |
| | 63 | Add lines 57 through 62. This is your **total tax** . . . . . . . . . . . . . ▶ | 63 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 . . | 64 | |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** . . . . . . . . . . | 66a | |
| | b | Nontaxable combat pay election ▶ | 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 . . . . . | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from:  **a** ☐ Form 2439  **b** ☐ Form 4136  **c** ☐ Form 8885 . | 70 | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** . . . . ▶ | 72 |
| **Refund** Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a |
| | ▶b | Routing number _____ ▶ **c** Type: ☐ Checking ☐ Savings | |
| | ▶d | Account number _____ | |
| | 75 | Amount of line 73 you want **applied to your 2008 estimated tax** ▶ | 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 |
| | 77 | Estimated tax penalty (see page 61) . . . . . . . . . | 77 | |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes.** Complete the following. ☐ **No**

Designee's name ▶ _____   Phone no. ▶ ( )   Personal identification number (PIN) ▶ ☐☐☐☐☐

**Sign Here**
Joint return? See page 13. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation | Daytime phone number ( )
Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation |

**Paid Preparer's Use Only**
Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | Phone no. ( )

Form **1040** (2007)

## *SOCIAL SECURITY ASSEVERATION OF COERCION*

I, Paul J. Sholtz of 650 Castro Street, #120-485, Mountain View, California, 94041, by my signature affixed to this document, do hereby make the following statement of fact, and affirm that I, as a "national" under 8 U.S.C. §1101(a)(21) but not a "citizen" under 8 U.S.C. §1401, **in violation of multiple federal laws as enacted by the authority of the U.S. Congress**, am coerced into maintaining and using a Social Security Number, issued to me as a minor, despite the limitation of rights to contract with minors, under the minor laws of the Fifty States, and thus was issued to me in a compulsory fashion, despite the limitation of statutory authority, subject to the Social Security Act, is plainly stated to be on aliens at the time of their lawful admission to the United States (42 U.S.C. § 405(c)(2)(B)).

1. I am under coercion by custom and color of law to maintain and possess a Social Security Number as I was never given an informed option as to whether or not I wanted to waive my rights to the full fruits of my labor as a National but not a citizen, and choose to be treated as an alien subject to the Social Security Act, when the application for a social security number to be assigned to me was submitted.
2. I am under coercion by custom and color of law as the vast majority of employers in the United States are enslaved to a legalistic mindset that every worker must have a social security number and must then be effectively treated as an alien who is subject to both the Social Security Act and the Federal income tax (both constitutional in every nature) as they are both imposed upon aliens living and working in the United States, not National but not a citizens such as myself. The government refuses at this time, in any Administrative or Judicial Procedure, to recognize the rights of National but not a citizens to not be assigned such a number. Therefore, I cannot easily and with any degree of economic comfort and security successfully assert this right.
3. I am under coercion by custom and color of law as the vast majority of Banking, Savings and Loan, and Mortgage institutions require the submission of a Social Security Number in order to have an account open with, or obtain a loan from, them, despite the remedy provided for National but not a citizens who have asserted their rights, as found in 31 CFR § 103.34, and the government recognize the rights of National but not a citizens to not be assigned such a number. Therefore, I cannot easily and with any degree of economic comfort and security successfully assert this right.
4. I am under coercion by custom and color of law as the currency, reporting, and forfeiture laws impede me from doing any substantial business creating large financial transactions with any security in my property from the Asset Forfeiture Laws, without having a Bank account, and the government refuses at this time, in any Administrative or Judicial Procedure, to recognize the rights of National but not a citizens to not be assigned such a number. Therefore, I cannot easily and with any degree of economic comfort and security successfully assert this right.
5. I am under coercion by custom and color of law as many of the State governments have twisted their authorization to require the number, of number possessing applicants, for a driver's licenses, to become a requirement that the applicant have a number to provide, despite there being no federal law requiring a National but not a citizen to have a Social Security Number, and the government refuses at this time, in any Administrative or Judicial Procedure, to recognize the rights of National but not a citizens to not be assigned such a number (as evidenced by the appeal of Martin v. The Commonwealth of Pennsylvania (1996)). Therefore, I cannot easily and with any degree of economic comfort and security, nor security of my person being unlawfully and illegally incarcerated or detained successfully assert this right.
6. I am under coercion by custom and color of law as many of the State governments have twisted their authorization to require the number, for a number of purposes, from Registering a vehicle to carrying a concealed weapon, as a requirement that the applicant have a number to provide, despite there being no federal law requiring a National but not a citizen to have a Social Security Number, and the government refuses at this time, in any Administrative or Judicial Procedure, to recognize

the rights of National but not a citizens to not be assigned such a number. Therefore, I cannot easily and with any degree of economic comfort and security, nor security of my property being unlawfully and illegally seized, successfully assert this right.

7. I am under coercion by custom and color of law as many State and Local governments have illegally instituted a requirement that one applying for a permit to exercise their Second Amendment right to keep and bear arms on their person, for protection of same, must provide a social security number, despite there being no federal law requiring a National but not a citizen to have a Social Security Number and the limitation of such authority under the Privacy Act of 1974 and 42 U.S.C. § 405(c)(2)(C), and the government refuses at this time, in any Administrative or Judicial Procedure, to recognize the rights of National but not a citizens to not be assigned such a number. Therefore, I cannot easily and with any degree of economic comfort and security, nor security of my person being unlawfully and illegally incarcerated or detained, successfully assert and exercise this right.

8. I am under coercion by custom and color of law as many State governments have illegally instituted a requirement that one must provide their social security number when registering to vote, despite there being no federal law requiring a National but not a citizen to have a Social Security Number, and the government refuses at this time, in any Administrative or Judicial Procedure, to recognize the rights of National but not a citizens to not be assigned such a number. Therefore, I cannot easily and with any degree of economic comfort and security successfully assert this right.

9. I am under coercion by custom, as many Publicly regulated Utilities demand and require submission of a social security number before providing necessary services, in order for humans to legally and actually (in some locations operating in accordance with Local ordinances) occupy housing, and the government refuses at this time to recognize the rights of National but not a citizens to not be assigned such a number. In any Judicial Procedure, I cannot easily and with any degree of economic comfort and security successfully assert this right, despite the fact that the use of the Social Security Number for credit checks are superfluous and an unnecessary security risk as such reports can be obtained and verified from using current as well as previous addresses.

This lawless custom, is an abomination of many laws enacted by the U.S. Congress, and is only maintained by the diligent work of the Executive Branch Agencies' and Administrative Law Judge's, and the Judicial Branch's refusals to give any credence to the assertions of National but not a citizens in any venue. The Laws and Agencies created, by the power of the Congress, to resolve such problems, such as the Equal Employment Opportunity Commission and the U.S. Department of Justice Civil Rights Division, have completely abrogated their responsibility to protect the most important class of protected individuals under the law, National but not a citizens.

Subsequently, I and other National but not a citizens have no hope of having our rights as National but not a citizens considered under the letter of the laws enacted by the U.S. Congress, in pursuance of the Constitution of the United States, until the time that the People's Congress either takes up the cause of the rights of National but not a citizens to be free and not treated as aliens, or the Executive Branch issues information releases regarding the veracity of the claims of National but not a citizens not being statutorily subject to the Social Security Act, and are not to be treated as aliens, subject to that act, nor the number provision requirement of the W4 Form so plainly imposed only upon aliens, therefore making National but not a citizens, living and working in the Fifty States, economically FREE.

Until then, all of those who are legally within this Nation (assigned social security numbers) will be treated as criminals, tracked and monitored by computers and programs, and as aliens subject to taxes created by international treaty, or imposed by statute upon same in keeping with the original taxation and government funding scheme of the U.S. Constitution.

Therefore, my right to be treated as a National but not a citizen, and not an alien, despite multiple remedies at law, is consistently withheld from me by either:

    A). Ignorance and fear (in the private sector) of remedy at law within the statutes enacted by the Congress, or,

B). The de facto instructions of the Internal Revenue Service ignoring the assertions of the rights of Citizen of the United States and the remedies at law; or;

C.) The refusal of the Equal Employment Opportunity Commission and the U.S. Department of Justice Civil Rights Division to protect National but not a citizens as statutorily required, by ignoring the remedies at law, despite the fact that National but not a citizens are protected individuals under the laws they are to enforce;

Therefore, my right as a National but not a citizen to economical freedom, to be personally achievable, is in reality Judicially unenforceable, yet still protected by the Bill of Rights, and the words and letters of the Statutes and the Regulations agreed to by the Congress of the United States of America.

This is the coercion which I am experiencing regarding my rights and forces me to be treated as an alien who:

i). Is subject to the Social Security Act;

ii). Earns "wages" as defined under the Social Security Act and §3121(a) of the Internal Revenue Code;

iii). Is subject to the withholding rate of 'single:zero exemptions' pursuant to 26 U.S.C. § 3401(e), should I refuse to submit a W-4 form, or submit a form without a social security number on it; and;

iv). Can be required to submit a completed W-9 form to any payor and backup withheld at the rate of 31% if I refuse, despite my never living abroad to be paid "wages" as defined under § 3401(a) of the Internal Revenue Code, .

Should I fully resist this coercion I will be placing myself in a position where I will not be able to obtain work with any reasonable ease, to sustain my life as well as the life of my dependent(s), renew my driver's license, automobile registration, open a Bank account, obtain Public Service Utilities should I be forced to move, and many other things which are not just conveniences, but are necessities for living in this modern society.

I have no remedy in legally extricating myself from Social Security within the Courts as the State Courts refuse to give any regard to the rights of National but not a citizens, despite my being registered into the Act as a minor and not being informed of the rights that were being surrendered for me, and the Federal Courts refuse to give heed to any arguments made by those who seek to extricate themselves from the Social Security Act, which was statutorily imposed upon aliens living and working in the United States.

I resent the Social Security Administration, the Secretary of the Department of Health and Human Services, the U.S. Treasury Department, and the Treasury Secretary for refusing to release me from under the Social Security Act, despite the fact that assignment of the number to me under the Act occurred when I was a minor and the legal doctrine of *Ignoratia juris sui non præjudicat juri* states that my rights are secure, since I was ignorant of my rights as a minor. Therefore, my unknowing registration and waiver of my rights as a minor cannot legally prejudice my rights as an adult National but not a citizen, specifically my right to not be treated as an alien and to keep 100% of my remuneration.

Facing such broad resistance throughout our modern society, which takes no heed of our laws, I set forth my signature to this Asseveration of Coercion, and reserve my rights as a National but not a citizen, without prejudice, in regard to every action I may be forced to take under Federal and State law, whereby the government or any of its agents pursuant to the Internal Revenue Code, demand, insist, or require that I provide a social security number in order for me to function in this Society.

I proceed from this day forth with an understanding that by custom of this land, that my vote is of no consequence in regards to law, politics, or self-governance of this Nation, as the U.S. Congress has refused to see and take action regarding the Executive and Judicial usurpation of its ultimate authority as the law making body, its responsibility as the protector of rights of the minority of the People, and the preservers of a Free, Honest, Peaceful and Just Society.

Since my vote is not of any consequence, I proceed from this day forth with an understanding that by custom of this land, supported by the standard practice of the Executive and Judicial Branches of government rendering many laws and portions of laws to be superfluous (especially the laws containing the remedies of law protecting the rights of the People), **all of the laws as enacted by the U.S. Congress, are of no actual consequence or legal effect and all prosecutions are selective**, as:

a). The Executive is unchecked in its abuse of power under the law, as it has clearly demonstrated an ability to imprison or demonize anyone by way of a barrage of litigation;

b). The Executive proceeds to **eliminate the threat of those who would stand for their rights and their arguments for imposition of the laws as enacted by the Congress by way of forfeiture so that the Judicial process is unaffordable**; and;

c). The Judicial Branch is either embroiled in its own power grab through Judicial Legislation; or; Individual Judges of independent mind stand alone to be intimidated by the Executive abusers of the People who the Congress has failed to impeach.

It is plain to see, at this point in time in our history, that self-governance by way of a Democratic-Republic is a concept to be relegated to history, as the Executive Branch is ultimately in control with the unchecked power of the guns and the prisons to arrest and imprison Legislator and Jurist alike, and **the People's Congress has no power to stop the Executive as the Congress has too long accepted the usurpation of its authority to the point where it, and the Officials within its offices, are politically irrelevant to the disposition of the Society as a whole.**

I await the day that the Congress makes use of its rightful authority, takes back its responsibilities, and Justice is attainable in this land, and at least the minority of those National but not a citizens who do not desire to be treated as aliens to the United States, in accordance with this lawless custom and color of law, are released from its grip, when they properly assert their rights. Until then, GOD have mercy on this People.

I now affix my signature to these statements and asseverate under penalty of perjury that the above is true, correct, and complete, to the best of my knowledge, information, and belief.

*[signature]* 5/2/08

Paul J. Sholtz
All rights reserved without prejudice, UCC 1-207