RECEIVED
08 MAY -5 AM 10: 21
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

RECEIVED
2008 MAY -5 AM 10: 25
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Mountain View, California 94041

JUDGE WARE
c/o CLERK OF THE COURT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION