1490283/0811-0512-0851J

O 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

**FILED E-FILING**

2008 JUL 31 P 2:42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA,

v.

**Paul Sholtz**

**WARRANT FOR ARREST**

Case Number: **CV-07-04234-JW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Paul Sholtz** _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  () Complaint
(X) Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with:

**Failure to appear and/or produce documents**

in violation of Title __26__ United States Code, Section(s) __7604(b)__

| | |
|---|---|
| **Cita F. Escolano** | **Deputy Clerk** |
| Name of Issuing Officer | Title of Issuing Officer |
| *Cita F. Escolano* (signature) | May 5, 2008, San Jose, CA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ __NO BAIL__  by | **James Ware** |
| | Name of Judicial Officer |

RECEIVED 2008 MAY -5 AM 10:2[?] NORTHERN DIST. OF CALIFORNIA

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Texas__

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7/24/08 | Houston Tx P.D. | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*

**CIVIL MINUTES**

Judge: **James Ware**
Date: **May 5, 2008**
Case No.: **C-07-04234 JW**
Related Case No.: **N/A**

Courtroom Deputy: **Elizabeth Garcia**
Court Reporter: **Gina Colin**
Interpreter: **N/A**

**TITLE**

United States of America v. Paul Sholtz

Attorney(s) for Plaintiff(s): Thomas Moore
Attorney(s) for Defendant(s): No Appearance Made

**PROCEEDINGS**

Order to Show Cause re Contempt

**ORDER AFTER HEARING**

Hearing Held. No appearance made by or on behalf of the Defendant. The Court issued a no bail bench warrant for the Defendant. Once the Defendant is in custody the Court will set further hearing re Order to Show Cause re Contempt proceedings.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: