United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-04234 JW |
| Plaintiff(s), | CLERK'S NOTICE RESETTING ORDER TO SHOW CAUSE RE CONTEMPT HEARING |
| v. | |
| PAUL J SHOLTZ, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the warrant for Defendant Paul J. Sholtz has been returned executed. A hearing has been set re Order to Show Cause re Contempt before Judge James Ware previously noticed for **August 11, 2008 at 9:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The United States Marshal Service, San Jose, division shall produce the Defendant, Paul Sholtz, for the hearing.

Dated: August 5, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy