**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

OFFICE OF THE CLERK

MICHAEL N. MILBY

CLERK

POST OFFICE BOX 61010

HOUSTON, TEXAS 77208

*FILED AUG - 4 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

**DATE:** July 30, 2008

**TO:** U. S. District Court
Northern District of California

280 South First Street, Room 2112

San Jose, CA 95113

**FROM:** M. Lerma, Deputy Clerk

Case No. Cr H-08-579M
Your Case No. C/C07-4234     USA vs Paul Sholtz

Enclosed please find all papers pursuant to Rule 5 of the Federal Rule of Criminal Procedure:

[X]  File (including minutes, orders, etc.)

[ ]  Bonds (any cash deposit in the Registry will be forwarded under separate cover)

[ ]  Passports:

[ ]  Other:

[ ] Please sign and return a copy of this form in the enclosed envelope.

Rec'd by: _____ Date _____

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:08-mj-00579-1
### Internal Use Only

Case title: USA v. Sholtz
Other court case number: C07-cv-04234 JW
Northern District of
California

Date Filed: 07/28/2008

Assigned to: Magistrate Judge
Calvin Botley

### Defendant (1)

**Paul Sholtz**  represented by **Federal Public Defender - Houston**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

COPY I CERTIFY

Milby, Clerk of Court

Mercedes P. Lerma
Deputy Clerk

### Highest Offense Level (Opening)
None

### Terminated Counts

### Disposition

None

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2008 | 1 | Copy of Civil Minutes filed in the Northern District of California Ordering a Bench Warrant as to Paul Sholtz:, filed. (mlerma, ) (Entered: 07/29/2008) |
| 07/28/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Calvin Botley: INITIAL APPEARANCE as to Paul Sholtz, (Deft informed of rights) held on 7/28/2008. Appearances:S. Louis AUSA.A. Sanchez AFPD(ERO:Yes) Deft remanded to USM, filed.(mlerma, ) (Entered: 07/30/2008) |
| 07/28/2008 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Houston for Paul Sholtz (Signed by Magistrate Judge Calvin Botley) Parties notified. (mlerma, ) (Entered: 07/30/2008) |
| 07/28/2008 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Paul Sholtz, filed. (mlerma, ) (Entered: 07/30/2008) |
| 07/28/2008 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Paul Sholtz. Defendant committed to Northern District of California (Signed by Magistrate Judge Calvin Botley) Parties notified. (mlerma, ) (Entered: 07/30/2008) |
| 07/30/2008 | 6 | RULE 5 Papers sent to Northern District of California, San Jose Division as to Paul Sholtz, filed.(mlerma, ) (Entered: 07/30/2008) |
| 07/30/2008 | | (Court only) ***Case Terminated as to Paul Sholtz (mlerma, ) (Entered: 07/30/2008) |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Southern__ District of __Texas__

UNITED STATES OF AMERICA

V.

Paul Sholtz

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| C-07-4234 | | H-08-579 M | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

~~X Indictment~~  ☐ Information  ☐ Complaint  ✓ Other (specify) _failure to appear warrant_  ☐ Petition

charging a violation of _____ U.S.C. § _failure to appear warrant_

**DISTRICT OF OFFENSE** Northern District of California, San Jose

**DESCRIPTION OF CHARGES:**

failure to appear

**CURRENT BOND STATUS:**

☐ Bail fixed at ____ / ____ deposit and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
✓ Government moved for detention and defendant detained pending detention hearing in District of Offense
✓ Other (specify) No bond

**Representation:** ☐ Retained Own Counsel  ✓ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ✓ No  ☐ Yes  Language: _____

**DISTRICT OF** _____

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7/28/08
Date

_____
United States Judge or Magistrate Judge

A TRUE COPY I CERTIFY
ATTEST: 7/28/08
MICHAEL N. MILBY, CLERK
By _____ Deputy Clerk

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

V.

__PAUL SHOLTZ__
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: __H-08-579 M__

CHARGING DISTRICTS
CASE NUMBER: __C-07-04234__

I understand that charges are pending in the __NORTHERN__ District of __CALIFORNIA__ alleging violation of __CONTEMPT__
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_X [signature]_
Defendant

_7/25/08_
Date

_[signature]_
Defense Counsel

COPY I CERTIFY
Clerk of Court
by [signature] Deputy Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
        Plaintiff, §
§
versus §   CRIMINAL CASE H-08-579M
§
Paul Sholtz, §
§
        Defendant. §

## Order Appointing Counsel

Because the defendant has satisfied this court that he cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him.

Signed _____, 2004 at Houston, Texas.

                                                        Calvin Botley
                                       United States Magistrate Judge

By Order of the Court

_____
Deputy Clerk

7/23/08
Date

TRUE COPY I CERTIFY
ATTEST:   I CERTIFY
Michael N. Milby, Clerk of Court
By: _____
           Deputy Clerk

**COURTROOM MINUTES:**
The Honorable __Calvin Botley__ Presiding
Deputy Clerk ~~Paul A. Yebernetsky~~ A. Maly

Interpreter Present? ☐ Yes ☑ No   ERO __S. Guevara__

USPT/USPO __V. Findley__

☑ OTHER DISTRICT  ☐ DIVISION __N.D. California__  THEIR CASE# __C-07-4234__   2:48-2:49

Clerk, U.S. District Court
Southern District of Texas
Filed __7/28/08__
Michael N. Milby, Clerk

OPEN __2:08__   ADJOURN __2:12__

**PROCEEDING HELD:**
☐ Initial Appearance    ☐ Counsel Determination Hearing    ☐ Status Hearing
☐ Bond Hearing          ☐ Identity                          ☐ Hearing Continued on _____
☐ Detention Hearing    ✓ ☐ Preliminary Hearing             ☐ Other _____

CASE NUMBER  ☐ CR ☑ MJ __08-519M__    Defendant # _____

__Paul Sholtz__

AUSA __Sam Louis__
__Andres Sanchez F__

☑ Date of arrest __1-28-08__         ☑ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Superceding
                                                                Violation of ☐ Supervised Release ☐ Probation

☑ Defendant ☐ Material Witness appeared    ☐ with ☑ without counsel

☐ Defendant requests appointed counsel.         ☐ Financial Affidavit executed and sworn.
☑ Order appointing Federal Public Defender      ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $ _____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☐ Surety signatures required as to Defendant(s) _____
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) _____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____
☐ Bond revoked    ☐ Bond reinstated    ☐ Bond Continued
☐ Defendant _____ remanded to custody    ☐ M/W remanded to custody
☑ Defendant Ordered Removed to Originating District

Defendant ___✓___ Waiver of ☐ Preliminary ☑ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment           ☐ Counsel Determination Hearing    ☐ Identity Hearing
    ☐ Detention Hearing     ☐ Preliminary Hearing              ☐ Final Revocation Hearing

__Andres Sanchez present__

COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
by: __Mercedes P. Lerma__
                Deputy Clerk