UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** August 11, 2008  **Court Reporter:** Lee-Anne Shortridge
**Case No.:** C-07-04234 JW  **Interpreter:** N/A
**Related Case No.:** N/A

TITLE

**United States of America et al v. Paul Sholtz (C)**

**Attorney(s) for Plaintiff(s):** Thomas Moore
**Attorney(s) for Defendant(s):** Guyton Jinkerson

PROCEEDINGS

Order to Show Cause re Contempt

**ORDER AFTER HEARING**

Hearing Held. Defendant present and in custody for proceedings. Defendant's brother, Charles Sholtz, and mother, Jitka Solc, were also present for proceedings. The Defendant retained counsel for proceedings. The Defendant had been detained in Houston, Texas and subsequently transferred back to the Northern District of California, San Jose Division for the existing arrest warrant issued by the Court on May 5, 2008.

For the reasons stated on the record, the Court ordered the defendant to be released from federal custody. The Defendant is to reside with his brother, Charles Sholtz, at the address stated on record in Palo Alto, CA.

The Defendant is to comply and disclose any and all information as requested by the Government within sixty (60) days from the date of this hearing.

The parties are to return on October 27, 2008 at 9:00 AM for further hearing re Order to Show Cause re Contempt.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: USM