JOSEPH P. RUSSONIELLO   (CSBN.44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017

Attorneys for United States of America

IT IS SO ORDERED
*/s/ James Ware*
Judge James Ware

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>                      )<br>           Plaintiffs,         )<br>                      )<br>      v.              )<br>                      )<br> PAUL J. SHOLTZ,          )<br>                      )<br>           Defendant.     )<br> _____) | Case No. C-07-04234-JW<br><br><br><u>STIPULATION TO DISMISS AND ORDER</u> |

For the reason that defendant Paul J. Sholtz has complied with the Internal Revenue Service summonses at issue in this matter, it is hereby stipulated by and between plaintiffs and defendant, through the  undersigned  counsel, that this matter be dismissed with prejudice, each to bear their own costs and attorneys' fees.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


/s/ Guyton Jinkerson                    /s/ Thomas Moore
GUYTON JINKERSON                         THOMAS MOORE
Attorney for Defendant Paul J. Sholtz    Assistant United States Attorney
                                        Tax Division
                                        Attorneys for Plaintiffs


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
   The Clerk shall close this file.

Dated:   October 22, 2008            _____
                                        *James Ware*
                                        UNITED STATES DISTRICT JUDGE